IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES M. FERGUSON                                                        PETITIONER

v.                                                    Civil No. 1:15cv261-HSO-RHW

MARSHALL FISHER                                                          RESPONDENT

### FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [20] of Magistrate Judge Robert H. Walker, entered in this civil action on April 27, 2017. The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [20], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE